AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

United States of America
Plaintiff(s),
v.
Bradley Pierre, et al. (Marvin Moy)
Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-CR-19 (PGG)

Notice is hereby given that, subject to approval by the court, **Marvin Moy** (Party(s) Name) substitutes **Eric M. Creizman** (Name of New Attorney), State Bar No. **3054594** as counsel of record in place of **Patrick A. Mullin** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Armstrong Teasdale LLP |
| Address: | 7 Times Square, Fl. 44, New York, New York 10036 |
| Telephone: | (212) 972-0200 |
| Facsimile: | (212) 409-8385 |
| E-Mail (Optional): | ecreizman@atllp.com |

I consent to the above substitution.
Date: 3/14/2022
(Signature of Party(s))

I consent to being substituted.
Date: 3/14/2022
*Patrick Mullin*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/14/2022
*Eric M. Creizman*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 16, 2022
*Paul␣␣Gardephe*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]