Eric M. Creizman
Direct **T** 212.972.0200  **F** 212.409.8385
ECreizman@atllp.com

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.
Dated: August 15, 2022

*By ECF and*
*Courtesy Copy by Facsimile*

August 8, 2022

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**  *United States v. Bradley Pierre, et al.* **(Marvin Moy), 22 Cr. 19 (PGG)**

Dear Judge Gardephe:

    I represent Dr. Marvin Moy in the above-referenced criminal case.

    I write to request that the Court grant a temporary modification to Dr. Moy's bail conditions to allow him to visit a college friend who has a summer home in Newport, Rhode Island from August 26, 2022 to August 29, 2022. Dr. Moy's friend will be hosting several mutual friends from college during those days. If the Court grants this application, Dr. Moy will promptly notify Pretrial Services of his itinerary, including the name, address, and telephone number of his friend.

    I have discussed this application with Pretrial Services Officer Dominique Jackson and with Assistant United States Mathew Andrews. Pretrial Services takes no position on Dr. Moy's request and would not object if permission is granted by the Court. The U.S. Attorney's Office defers to Pretrial Services' position on this application.

    On January 21, 2022, Magistrate Judge Cave ordered that Dr. Moy be released on a personal recognizance bond of $250,000, co-signed by two financially responsible sureties, with

Hon. Paul G. Gardephe
August 8, 2022
Page 2

travel restricted to the Southern and Eastern Districts of New York, and the District of New Jersey.

      Accordingly, I respectfully request that the Court grant this temporary modification of Dr. Moy's travel restrictions on release to permit him to visit and stay with his college friend in Newport, Rhode Island from August 26, 2022 to August 29, 2022.

      Respectfully,

      /s/ Eric M. Creizman
      Eric M. Creizman (EC7684)

cc:    U.S. Pretrial Services Officer Dominique Jackson (by email)
       Assistant United States Attorney Mathew Andrews (by ECF and email)