UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARVIN MOY,
WILLIAM WEINER, and
ARTHUR BOGORAZ,

                Defendants.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government's opposition to Defendant William Weiner's motion to dismiss the Indictment, or in the alternative, for a bill of particulars (Dkt. No. 300), and motion for a severance (Dkt. No. 302) is due **December 28, 2023**.

Dated: New York, New York
       December 20, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge