UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARVIN MOY,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The parties are ordered to appear before the Court for a status conference on **Monday, April 7, 2025 at 3 p.m**.

Dated: New York, New York
       April 2, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge