

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2025

**BY EMAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Marvin Moy,* **22 Cr. 19 (PGG)**

Dear Judge Gardephe:

    The Government is currently going through the administrative process of considering a *nolle prosequi* based on defendant Marvin Moy's likely death. The Government has uncovered no additional evidence during the last 12 months indicating that Moy is alive. As part of the administrative procedure, the Government has been in contact with defense counsel to procure a copy of Moy's death certificate. The Government is still awaiting receipt of said certificate, after which it will elevate the matter further within the United States Attorney's Office. The Government will provide an update at the end of next week, April 11, 2025, updating the Court on whether it has received the necessary death certificate and where the administrative process stands. In the interim, the Government respectfully requests that the Court adjourn the conference scheduled for April 7, 2025 to give the parties sufficient time to complete the process.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for
the Southern District of New York

By: _____/s/ Mathew Andrews_____
Mathew Andrews
Assistant United States Attorney
(212) 637-6526

**MEMO ENDORSED:**

The application is granted. The conference currently scheduled for April 7, 2025 is adjourned <u>sine die</u>.

SO ORDERED.

*[signature]*

_____
Paul G. Gardephe
United States District Judge

Date: April 7, 2025