

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2025

**BY EMAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Marvin Moy,* **22 Cr. 19 (PGG)**

Dear Judge Gardephe:

The Government writes to update to the Court about the status of the prosecution of defendant Marvin Moy. Defense counsel is currently in the process of filing a petition for a death certificate for Moy. Once the death certificate is issued, the Government can proceed with its internal administrative procedure for requesting authorization for a *nolle prosequi*. The Government proposes to give the Court a further update April 25, 2025.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for
the Southern District of New York

By: _____/s/ Mathew Andrews_____
Mathew Andrews
Assistant United States Attorney
(212) 637-6526