UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARVIN MOY,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A status conference in this matter will take place on **July 11, 2025 at 10:00 a.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 30, 2025

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge