UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARVIN MOY,

Defendant.

**<u>ORDER</u>**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for July 11, 2025, at 10:00 a.m., is adjourned to **July 11, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        July 10, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge