UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARVIN MOY,

                            Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

By October 10, 2025, defense counsel will submit a status report

concerning his efforts to obtain a death certificate for the Defendant.

Dated:  New York, New York
        July 11, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge