UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARVIN MOY,

              Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to respond to the Defendant's October 15, 2025 letter regarding the dismissal of the Indictment by November 4, 2025.

Dated: New York, New York
       October 21, 2025

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge